UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEONARD CLAUNTS, JOSEPH HUFF, CURTIS SHANKEL, and GINGER CLAUNTS,<br><br>    Plaintiffs,<br><br>vs.<br><br>NAMPA CITY POLICE DEPARTMENT, CITY OF NAMPA, a political subdivision, FORMER CHIEF WILLIAM AUGSBURGER, in his individual and official capacity, MAYOR TOM DALE, in his individual and official capacity, DEPUTY CHIEF CRAIG KINGSBURY, in his individual and official capacity, and JOHN DOES I-XX,<br><br>    Defendants. | Case No.  1:11-cv-00457-CWD<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

The Stipulation for Dismissal With Prejudice having been presented to the Court, (Dkt. 22), and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same hereby is, DISMISSED with prejudice, with each party to bear their own costs and attorney fees.

Dated: **April 25, 2012**

Honorable Candy W. Dale
United States Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE